IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| DARREL HORRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-073 |
| | ) | |
| UNITED STATES OF AMERICA and | ) | |
| STATE OF GEORGIA, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On August 7, 2023, the Court identified multiple pleading deficiencies in Plaintiff's complaint and directed him to file an amended complaint within fourteen days. (See doc. no. 16.)  On August 15, 2023, the Clerk of Court docketed a notice of change of address in which Plaintiff states he was transferred from Colquitt County Prison, where the Court's August 7th Order had been served, to Coffee Correctional Facility.  (Doc. no. 17.) Accordingly, the Court **DIRECTS** the **CLERK** the re-serve the August 7th Order, (doc. no. 16), along with the standard complaint form used by incarcerated litigants in the Southern District of Georgia and stamped with this case number, on Plaintiff at his new address.  The Court extends the deadline for filing an amended complaint through and including August 29, 2023.

SO ORDERED this 15th day of August, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA